1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11    PURVIS HOLLOWAY,                    Case No. CV 13-4134 SS

12                    Petitioner,
                                          **JUDGMENT**
13         v.

14    J. PRICE, Warden,

15                    Respondent.

16

17         IT IS HEREBY ADJUDGED that the above-captioned action is

18    dismissed without prejudice.

19

20    DATED:  November 21, 2013

21                                             /S/
                                          SUZANNE H. SEGAL
22                                        UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28